IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACCOUNTABILITY FOUNDATION, <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 22-cv-01738 (TJK) |

## STIPULATION OF DISMISSAL

Plaintiff American Accountability Foundation (AAF) and Defendant U.S. Department of Justice (DOJ) hereby stipulate to dismissal of this matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Date: February 3, 2025                                              Respectfully submitted,

*/s/ Brian J. Field*                                                                BRETT SHUMATE
Brian J. Field                                                                     Acting Assistant Attorney General
D.C. Bar No. 985577
SCHAERR | JAFFE LLP                                                ELIZABETH J. SHAPIRO
1717 K Street NW, Suite 900                                   Deputy Director, Federal Programs Branch
Washington, DC 20006
Tel.: (202) 787-1060                                                   */s/ Amber Richer*
E-mail: bfield@schaerr-jaffe.com                         AMBER RICHER
                                                                                          Trial Attorney (CA Bar No. 253918)
                                                                                          United States Department of Justice
*Counsel for Plaintiff*                                                  Civil Division, Federal Programs Branch
                                                                                          1100 L St NW
                                                                                          Washington, D.C. 20005
                                                                                          Telephone: (202) 514-3489
                                                                                          Email: amber.richer@usdoj.gov

                                                                                          *Counsel for Defendant*

1